UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

Shawn K. Seay  Case No.18-05158-JCO-13
Leigh Anne Seay

The percentage to be paid to unsecured creditors shall be fixed by this order. If a creditor or party in interest objects to the terms and conditions of this order, a written objection stating the specific grounds upon which the objection is based must be filed with the Clerk of the Court at 201 St. Louis Street, Mobile, AL 36602, and served on the Debtors' attorney **within 21 days** of service of this order. The Court will schedule a hearing on timely filed objections to this order and parties will be notified. **IMPORTANT: Any creditor (except those creditors having general unsecured claims) who failed to timely object to the plan prior to the confirmation hearing in the case MAY NOT object to their treatment in this order unless it has been adversely affected from their treatment in the initial plan.**

### ORDER CONFIRMING PLAN

This matter is before the Court on the Debtors' motion to modify pursuant to 11 U.S.C. 1329. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1334(b) and § 157(a) and (b) (2) (A) and (L). Venue is appropriate as contemplated by 28 U.S.C. §1408. Appropriate notice was given.

The following is a summary of final plan terms as provided by the Debtors' on 6/17/2019 and as calculated by the Trustee. Except as modified below, the provisions of the plan as originally filed using this district's model plan form remain in effect and are incorporated herein.

1. **PAYMENT AND LENGTH OF PLAN:**

   For 60 months Debtors' will make monthly payments to the Trustee as follows:

   $931.00 per month for 60 months

2. **SECURED PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS AND PAYMENTS TO LESSORS:**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | MONTHLY PYMT. |
|---|---|---|---|---|
| Acceptance Loan Company | 1 | | 2013 Chevy Silverado | $50.00 |

3. **SECURED POST-CONFIRMATION ALTERNATE MONTHLY PAYMENTS:**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | MONTHLY PYMT. |
|---|---|---|---|---|
| Acceptance Loan Company | 1 | | 2013 Chevy Silverado | $50.00 |

4. **ATTORNEY'S FEES for Friedman, Poole & Friedman, P.C. to be paid by Trustee: $4,000.00**

5. **SECURED BY COLLATERAL**

| CREDITOR | ECF # | STATUS | SECURED CLAIM | COLLATERAL DESCRIPTION | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|
| Acceptance Loan Company | 1 | | $6,120.74 | 2013 Chevy Silverado | 6.00 % | $127.00 |

**PRO RATA CREDITORS**

| CREDITOR | ECF# | STATUS | SECURED VALUE | COLLATERAL DESCRIPTION |
|---|---|---|---|---|

6. **PREPETITION DOMESTIC SUPPORT OBLIGATIONS (POST-PETITION DSO TO BE PAID DIRECT). ALTERNATE MONTHLY PAYMENT WILL BE PAID UNTIL DEBTOR ATTORNEY FEES ARE PAID, THEN PREFERENCE AMOUNT:**

| CREDITOR | ECF # | STATUS | TOTAL CLAIM | CLAIMANT | ALTERNATE MONTHLY PAYMENT | PREFERENCE PAYMENT |
|---|---|---|---|---|---|---|
| | | | | | | |

7. **CLAIMS TO BE PAID DIRECTLY TO CREDITORS WITH ARREARAGES TO BE PAID THROUGH THE TRUSTEE:**

**CLAIMS PAID DIRECT:**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | DIRECT PMT |
|---|---|---|---|---|
| U.S. Bank Trust National Association as Trustee | 2 | Paid outside | **171 Sam Seay Rd | $1,330.00 |

**ARREARAGE CLAIMS:**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | ARREARAGE |
|---|---|---|---|---|
| U.S. Bank Trust National Association as Trustee | 2 | | **171 Sam Seay Rd | $32,698.65 |
| U.S. Bank Trust National Association as Trustee | 10 | | | $5,520.59 |

8. **PRIORITY CLAIMS (EXCLUDING DOMESTIC SUPPORT OBLIGATIONS):**

| CREDITOR | ECF # | STATUS | TYPE OF PRIORITY | CLAIM/SCHEDULE AMOUNT |
|---|---|---|---|---|
| | | | | $0.00 |

9. **UNSECURED CLAIMS: ALL ALLOWED NONPRIORITY, UNSECURED CLAIMS TO BE PAID 3.51% OR HIGHER, PRO RATA.**

10. **SURRENDERED PROPERTY:**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION |
|---|---|---|---|
| TITLE MAX | | Surrendered | ***2013 Chevrolet Transverse |

11. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | REJECT/ASSUME |
|---|---|---|---|---|
| | | | | |

12. **OTHER PLAN PROVISIONS:**
Refer to plan for complete language for Section 12(a) through 12(c).
(d) Other Provisions of the Plan Not Elsewhere Described: (Include and identify creditors here and remove secured treatment above due to the filing of an unsecured claim):

*Debtor will continue to pay pre-petition and post-petition electric service debt in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under section 366 of the United States Bankruptcy Code. Debtor acknowledges and agrees that the automatic stay does not bar Alabama Power Company's efforts to collect pre-petition and post-petition utility service debt. Mortgage creditors are given limited relief to send monthly billing statements to the Debtor and for purposes of Loan Modification.
**Mortgage creditors are given limited relief to send monthly billing statements to the Debtor and for purposes of Loan Modification.
***Per agreement of the parties, vehicle was not redeemed timely, but Debtor paying outside the plan.

Based on the language of the Debtor(s)'s plan and the summary of plan terms above, this Court's file, the Debtors' compliance with 11 U.S.C. §521(a) (1), and the Court's finding that the plan meets the requirements of 11 U.S.C. §1325,

IT IS ORDERED that the Debtor's motion modify is granted, and the modified plan is approved on the terms summarized above.

Date: 6/28/2019 /s/JERRY C. OLDSHUE
U.S. BANKRUPTCY JUDGE

ORDER PREPARED BY:
Chapter 13 Trustee's Office